717 A.2d 995

IN THE MATTER OF ALLEN C. MARRA,
AN ATTORNEY AT LAW.

Decided October 7, 1998.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **ALLEN C. MARRA** of **MONTCLAIR,** who was admitted to the bar of this State in 1967, and who was suspended from the practice of law for a period of three months effective July 28, 1997, by Order of this Court dated July 1, 1997, be restored to the practice of law, effective immediately.